FILED LODGED ENTERED RECEIVED

APR 30 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>JORGE CARLOS CAMPS,<br><br>       Defendant. | CASE NO. MJ14-170<br><br>DETENTION ORDER |

Offenses charged:

   Count 1 - Distribution of Heroin

   Count 2 - Felon in Possession of Firearm

   Count 3 - Felon in Possession of firearm

Date of Detention Hearing: 04/30/14

   The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Count One charges a drug offense for which the maximum penalty exceeds ten years. A showing of probable cause to support that count gives rise to a rebuttable presumption for detention. The court has found that the complaint states probable cause; and the preliminary hearing is set for May 14.

(2) The evidence establishes overwhelmingly that defendant was selling firearms and other weapons, and distributing heroin, from the basement of a home in the Magnolia district of Seattle. That evidence includes the factual recitals in the affidavit portion of the Complaint, and the exhibits admitted at the detention hearing. Exhibit 3 shows that the home where the alleged offenses occurred was in a residential area, near two parks, where many children are often present. Exhibit 1 displays the armory of weapons found in the basement where defendant resided. Exhibit 2 is a handwritten sheet listing weapons and records of prices and sales of weapons. These exhibits indicated defendant possessed rifles, pistols, a submachine gun, magazines, handguns, silencers, SWAT weaponry, body armor, ammunition, and other weapons accessories.

(3) Defendant's criminal record includes a felony conviction for violation of a Protection Order, and convictions for 4th Degree Assault (two cases), Malicious Mischief Domestic Violence, and obstructing a law enforcement officer. The Assault 4th degree charges were originally brought as charges which involved use of a deadly weapon or knife.

(4) In his interview with the court's pretrial services officer, defendant denied any prior use of heroin. But there is strong evidence to the contrary, including defendant's own statements to the law enforcement officers, and information provided to officers by those who resided with defendant.

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

(5) Defendant has not been employed for at least six months. He claims to work for an apartment firm prior to that.

(6) The owner of the home where defendant was residing said she was not comfortable with defendant returning to the residence. He therefore has no place to live, if released. The court does not regard him as a good candidate for release to a halfway house.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 30th day of April, 2014.

JOHN L. WEINBERG
United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)